**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bill Walker Haney** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | xxx–xx–9100 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Sheila Bernice Haney** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | xxx–xx–6044 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Kentucky | Date case filed in chapter 13 | 1/5/18 |
| Case number: | 18–30046–acs | Date case converted to chapter 11 | 1/30/19 |

Official Form 309E (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case     12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Bill Walker Haney | Sheila Bernice Haney |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2902 Dotson Drive <br> Louisville, KY 40223 | 2902 Dotson Drive <br> Louisville, KY 40223 |
| 4. | **Debtor's attorney** <br> Name and address | Jan C. Morris <br> Lowen & Morris <br> 3rd Floor <br> 125 S. 6th Street <br> Suite 300 <br> Louisville, KY 40202 | Contact phone  587–7000 <br><br> Email  lmattys@bellsouth.net |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | 450 U.S. Courthouse <br> 601 W. Broadway <br> Louisville, KY 40202 | Hours open: <br> 8:30 a.m. to 4:30 p.m. Eastern Time Zone <br><br> Contact phone  502–627–5700 <br><br> Date: 1/30/19 |

**For more information, see page 2 >**

Debtor **Bill Walker Haney** and **Sheila Bernice Haney**                                      Case number **18–30046–acs**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 14, 2019 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Rm. 509 (Use 6th Street Elevators), 601 West Broadway, Louisville, KY 40202** |
| **7.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints:** |
| | | **Deadline for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | Not yet set. If a deadline is set, the court will send you another notice. |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

```
                            United States Bankruptcy Court
                            Western District of Kentucky
In re:                                                              Case No. 18-30046-acs
Bill Walker Haney                                                   Chapter 11
Sheila Bernice Haney
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0644-3          User: msmithson            Page 1 of 3           Date Rcvd: Jan 30, 2019
                              Form ID: 309E              Total Noticed: 74


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2019.
db/jdb         +Bill Walker Haney,    Sheila Bernice Haney,    2902 Dotson Drive,    Louisville, KY 40223-1381
aty             Amy E. Gardner,    PO Box 168028,    Columbus, OH 43216
aty            +Bradley S. Salyer,    401 South Fourth Street,    Suite 1200,    Louisville, Ky 40202-3428
aty            +Elizabeth A. McHargue,    Reimer Law Co.,    9300 Shelbyville Road,    Suite 1000 (10th Floor),
                 Louisville, Ky 40222-5179
aty             Joel K. Jensen,    PO Box 5480,    Cincinnati, OH 45201-5480
aty             Mia Lee Conner,    Lerner Sampson & Rothfuss,    P.O Box 5480,    Cincinnati, OH 45201-5480
aty            +W. Scott Stinnett,    PO Box 23200,    Louisville, KY 40223-0200
6439503        +A Plus Paper Shredding,    c/o Caine and Weiner,    12005 Ford Rd.,    Dallas, TX 75234-7230
6233548        +ACCESS HEALTH/McKESSON,    6530 WEST CAMPUS OVAL STE 250,    NEW ALBANY, OH 43054-7162
6233549        +ADVANTUM HEALTH,    500 W. JEFFERSON SREET STE 2310,    LOUISVILLE, KY 40202-2881
6233551        +BLUE RIDGE FINANCIAL,    535 WASHINGTON STREET STE 201,    BUFFALO, NY 14203-1430
6439836        +Baptist Hospital East,    4000 Kresge Way,    Louisville, KY 40207-4676
6233552        +CAPITAL ADVANCE SERVICES,    ONE EVERTRUST PLAZA SUITE 1401,    JERSEY CITY, NJ 07302-3087
6233553        +CAPITAL ALLIANCE,    560 W. 1ST STREET STE 200,    TUSTIN, CA 92780-3005
6233554        +CAPITAL ONE MORTGAGE,    POB 21887,    EAGAN, MN 55121-0887
6233555        +CHASE AUTO FINANCE,    POB 78069,    PHOENIX, AZ 85062-8069
6233556         CHASE SLATE,    POB 15123,    WILMINGTON,
6439510        +Cassetty Architecture,    215 Jamestown Park Rd. Suite 2015,    Brentwood, TN 37027-7500
6439505        +Comtron,    11 Grace Ave.,    Great Neck, NY 11021-2446
6439508         Credit Clearing House,    120 E. Market Street,    Louisville, KY 40202-1306
6235406         Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
6439509        +Darob, Inc.,    PO Box 99085,    Louisville, KY 40269-0085
6439507        +Eagle Pharmacy, Inc.,    2200 Riverchase Center Suite 675,    Hoover, AL 35244-2918
6439511         Forms and Systems, Inc.,    PO Box 221075,    Louisville, KY 40252-1075
6439514        +Humana Pharmacy,    The Receivable Management Services, LLC,    PO Box 361348,
                 Columbus, OH 43236-1348
6233560        +JP MORGAN CHASE,    POB 901098,    FT WORTH, TX 76101-2098
6271094         JPMorgan Chase Bank,,    N.A. National Bankruptcy,    Department,    P.O. Box 901032,
                 Ft. Worth TX 76101-2032
6237347        +KENTUCKY DEPARTMENT OF REVENUE,    LEGAL SUPPORT BRANCH,    P O BOX 5222,
                 FRANKFORT KY 40602-5222
6233561        +KENTUCKY DEPT OF REVENUE,    POB 491,    FRANKFORT, KY 40602-0491
6439515         Landauer Radiation Monitoring,    PO Box 809051,    Chicago, IL 60680-9051
6439502        #+Louisville Geek,    3900 Shelbyville Road Suite 12,    Louisville, KY 40207-3133
6439830        #+Louisville Pharmacy,    4014 Dutchmans Lane, Ste 11,    Louisville, KY 40207-4715
6233562        +MERCEDES BENZ FINANCIAL,    POB 5209,    CHICAGO, IL 60680-5180
6233563        +MERGE MEDICAL,    4272 W. 1700 SOUTH,    SYRACUSE, UT 84075-6855
6439513        +Magellan Rx Management,    PO Box 1598,    14100 Magellan Plaza Drive,
                 Maryland Heights, MO 63043-4644
6267963        +McKesson Corp.,    c/o Tim Vohland,    3000 Kenskill Ave,    Washington Court House, OH 43160-8616
6439500        +McKesson Medical-Surgical,    C/O Altus GTS, Inc.,    2400 Veterans Memorial Blvd., Ste 300,
                 Kenner, LA 70062-8725
6267848        +McKesson Medical-Surgical Inc.,    c/o Suzie Staggs,    4345 Southpoint Blvd.,
                 Jacksonville, FL 32216-6166
6439835         Norcal Mutual,    PO Box 398054,    San Francisco, CA 94139-8054
6439506        +Northside Security, Inc.,    1815 Progress Way,    Clarksville, IN 47129-9248
6439512        +PAKMed, LLC,    2527 Nelson Miller Parkway, Suite 105,    Louisville, KY 40223-3164
6233565        +PNC,    POB 747032,    PITTSBURGH, PA 15274-7032
6268091        +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
6233566        +PNC BANK NATIONAL ASSOCIATION,    101 S. 5TH STREET,    LOUISVILLE, KY 40202-3158
6425096        +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
6393092        +PNC Bank, National Association,    101 W. Washington Street, 5th Floor, Eas,
                 Locator l1-Y013-05-3,    Indianapolis, IN 46255-0001
6233567        +POWERUP LENDING GROUP,    111 GREAT NECK ROAD STE 216,    GREAT NECK, NY 11021-5408
6439833        +Pitney Bowes, Inc.,    PO Box 371896,    Pittsburgh, PA 15250-7896
6439516        +Premier Credit of North America, LLC,    PO Box 19309,    Indianapolis, IN 46219-0309
6233568         QUEEN FUNDING LLC,    2221 NE 164TH STREET STE 1144,    MIAMI BEACH, FL
6259772        +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
6233570        +SBA/SAME AS PNC,    2 INTERNATIONAL PLAZA #500,    NASHVILLE, TN 37217-2021
6439829        +Stryker Instruments,    4100 East Milham Ave.,    Kalamazoo, MI 49002-9704
6233571        +TEAM FUNDING (T&C LEASING),    5351 THUNDER CREEK ROAD,    AUSTIN, TX 78759-4021
6439834         Westfield Insurance,    PO Box 9001566,    Louisville, KY 40290-1566
6439832        +Zimmer Biomet, Inc.,    14235 Collection Ctr. Dr.,    Chicago, IL 60693-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: lmattys@bellsouth.net Jan 30 2019 19:32:34     Jan C. Morris,    Lowen & Morris,
                 3rd Floor,    125 S. 6th Street,    Suite 300,    Louisville, KY  40202
smg             EDI: IRS.COM Jan 31 2019 00:23:00      IRS,   PO Box 7346,    Philadelphia, PA  19101-7346
smg            +E-mail/Text: aesterle@jeffersoncountyclerk.org Jan 30 2019 19:33:12
                 Jefferson County Attorney Office,    Fiscal Court Bldg.,    531 Court Place, Ste. 900,
                 Louisville, Ky 40202-3315
```

```
District/off: 0644-3           User: msmithson              Page 2 of 3                   Date Rcvd: Jan 30, 2019
                               Form ID: 309E                Total Noticed: 74

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
ust              +E-mail/Text: ustpregion08.lo.ecf@usdoj.gov Jan 30 2019 19:33:18      Charles R. Merrill,
                   Asst. U.S.Trustee,    601 West Broadway #512,    Louisville, KY 40202-2229
6233550          +EDI: GMACFS.COM Jan 31 2019 00:23:00      ALLY BANK,    POB 380902,    BLOOMINGTON, MN 55438-0902
6242793           EDI: GMACFS.COM Jan 31 2019 00:23:00      Ally Bank,    PO Box 130424,    Roseville MN 55113-0004
6439501           E-mail/Text: ADMIN4@CASH-PRO.COM Jan 30 2019 19:34:07      Cash-Pro, Inc.,    PO Box 5469,
                   Evansville, Indiana 47716-5469
6233557          +EDI: DISCOVER.COM Jan 31 2019 00:23:00      DISCOVER,    POB 6103,    CAROL STREAM, IL 60197-6103
6236144           EDI: DISCOVER.COM Jan 31 2019 00:23:00      Discover Bank,    Discover Products Inc,
                   PO Box 3025,    New Albany, OH  43054-3025
6439831          +E-mail/Text: bankrupt@duplicatorsales.net Jan 30 2019 19:33:20      Duplicator Sales and Service,
                   831 East Broadway,    Louisville, KY 40204-3004
6239961          +E-mail/Text: aesterle@jeffersoncountyclerk.org Jan 30 2019 19:33:12
                   Lou/Jeff County Metro Government,     Jefferson County Attorneys Office,    Fiscal Court Building,
                   531 Court Pl., Suite 900,    Louisville KY 40202-3315
6235251           E-mail/Text: bankruptcy@metrorevenue.org Jan 30 2019 19:33:50
                   Louisville Metro Revenue Commission,     Legal Division,    PO Box 35410- 617 W Jefferson Street,
                   Louisville, KY 40232-5410
6439828          +E-mail/Text: mdupont@wfjlawfirm.com Jan 30 2019 19:34:24      Medtronic USA, Inc.,
                   C/O Wagner, Falconer & Judd, LTD,     100 South Fifth Street, Suite 800,
                   Minneapolis, MN 55402-1203
6439504           EDI: RMSC.COM Jan 31 2019 00:23:00      Office Depot,    2455 Paces Ferry Rd. Nw,,
                   Atlanta, GA, 30339.
6233564          +E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM Jan 30 2019 19:34:22      PAWNEE LEASING,
                   700 CENTRE AVENUE,    FORT COLLINS, CO 80526-2023
6257185          +E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM Jan 30 2019 19:34:22      Pawnee Leasing Corporation,
                   3801 Automation way, Ste 207,    Fort Collins, CO 80525-5735
6357388           E-mail/Text: MBRODARICK@LLOYDMC.COM Jan 30 2019 19:34:23      Ranger Direct Lending Fund Trust,
                   c/o Lloyd & McDaniel PLC,    PO Box 23200,    Louisville KY 40223-0200
6268396          +E-mail/Text: bankruptcy@simplexgrinnell.com Jan 30 2019 19:33:38      SimplexGrinnell,
                   Attn: Bankruptcy,    50 Technology Drive,    Westminster, MA 01441-0001
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6439517          Medtronic USA, Inc.,    C/O Wagner, Falconer & Jud
6233572          YES
cr*             +Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
cr*             +Lou/Jeff County Metro Government,    Jefferson County Attorneys Office,    Fiscal Court Building,
                  531 Court Pl., Suite 900,    Louisville, KY 40202-3315
cr*             +PNC Bank N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
cr*             +Ranger Direct Lending Fund Trust,    C/O LLOYD & MCDANIEL PLC,    PO Box 23200,
                  Louisville, KY 40223-0200
6233558*        +INTERNAL REVENUE SERVICE,    POB 7346,    PHILADELPHIA, PA 19101-7346
6233559*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   INTERNAL REVENUE SERVICE,    STOP 6525,    KANSAS CITY, MO 64999)
6233569        ##+RICHMOND CAPITAL GROUP LLC,    125 MAIDEN LANE STE 501,    NEW YORK, NY 10038-4722
                                                                                       TOTALS: 2, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                                      Signature:   /s/Joseph Speetjens

```
District/off: 0644-3          User: msmithson           Page 3 of 3           Date Rcvd: Jan 30, 2019
                              Form ID: 309E             Total Noticed: 74
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2019 at the address(es) listed below:
              Amy E. Gardner    on behalf of Creditor   JPMorgan Chase Bank, N.A. amps@manleydeas.com
              Bradley S. Salyer    on behalf of Creditor    PNC Bank, National Association bss@mpmfirm.com,
               louretailbankruptcy@morganandpottinger.com;mplouretbkr@gmail.com
              Bradley S. Salyer    on behalf of Creditor    PNC Bank N.A. bss@mpmfirm.com,
               louretailbankruptcy@morganandpottinger.com;mplouretbkr@gmail.com
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              Elizabeth A. McHargue    on behalf of Creditor    Daimler Trust reimer.ecf@reimerlaw.com
              Jan C. Morris    on behalf of Joint Debtor Sheila Bernice Haney lmattys@bellsouth.net
              Jan C. Morris    on behalf of Debtor Bill Walker Haney lmattys@bellsouth.net
              Joel K. Jensen    on behalf of Creditor    Rushmore Loan Management Services LLC wkybk@lsrlaw.com
              Joel K. Jensen    on behalf of Creditor    PNC Bank N.A. wkybk@lsrlaw.com
              Joel K. Jensen    on behalf of Creditor    US Bank N.A. wkybk@lsrlaw.com
              Joel K. Jensen    on behalf of Creditor    Capital One, N.A. wkybk@lsrlaw.com
              Mia Lee Conner    on behalf of Creditor    US Bank N.A. wkybk@lsrlaw.com
              Mia Lee Conner    on behalf of Creditor    PNC Bank N.A. wkybk@lsrlaw.com
              W. Scott Stinnett    on behalf of Creditor    Ranger Direct Lending Fund Trust sstinnett@lloydmc.com
              William W. Lawrence -13    ECF@louchapter13.com, ecf.bk.westky@gmail.com
                                                                                             TOTAL: 15
```